IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Adrienne W. Saulsberry, ) | Civil Action No.: 1:16-cv-02792-JMC |
| )| |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Savannah River Remediation, LLC ) | |
| ) | |
| Defendant. ) | |

**VERDICT FORM**

**WE THE JURY** unanimously find as follows:

**A. Title VII and 42 U.S.C. § 1981 (race discrimination)**

1. (2014 Position) With regard to the Plaintiff's claim against Defendant Savannah River Remediation, LLC, do you find from a preponderance of the evidence that Plaintiff was not hired for any of the First Line Manager positions in 2014, in whole or in part on account of her race:

    Yes _____     No. _X_

2. (2015 Position) With regard to the Plaintiff's claim against Defendant Savannah River Remediation, LLC, do you find from a preponderance of the evidence that Plaintiff was not hired for any of the First Line Manager positions in 2015, in whole or in part on account of her race:

    Yes _____     No. _X_

**B. Title VII and 42 U.S.C. § 1981 (retaliation)**

3. (2014 Position) With regard to the Plaintiff's claim against Defendant Savannah River Remediation, LLC, do you find from a preponderance of the evidence that Plaintiff was not hired for any of the First Line Manager positions in 2014 for engaging in protected activity:

    Yes _X_     No. _____

4. (2015 Position) With regard to the Plaintiff's claim against Defendant Savannah River Remediation, LLC, do you find from a preponderance of the evidence that Plaintiff was not hired for any of the First Line Manager positions in 2015, for engaging in protected activity:

    Yes _X_     No. _____

[NOTE: If you answered "YES" to any of the questions numbers 1, 2, 3, or 4, please proceed to answer question number 5 on compensatory damages and 6 on back pay. If you answered "no" to

1

all four of question nos. 1, 2, 3, and 4, please skip question numbers 5 and 6 and skip the remaining questions, sign and date the verdict form and return it to the courtroom.]

5. Please state the amount of damages which you find should be awarded to plaintiff for compensatory damages, as defined by the court in the charges:

$ __55,000__

6. Please state the amount of damages which you find should be awarded to plaintiff for back pay, as defined by the court in the charges:

$ __420,000__

SO SAY WE ALL

██████████████████████        9-27-2019
Jury Foreperson signature        Date

██████████████████████
Printed Jury Foreperson name