IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Adrienne W. Saulsberry, ) | Civil Action No.: 1:16-cv-02792-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Savannah River Remediation, LLC ) | |
| ) | |
| Defendant. ) | |

**VERDICT FORM**

**WE THE JURY** unanimously find as follows:

1. Do you find from a preponderance of the evidence that one or more management officials of SRR acted with malice or reckless indifference to federally protected rights to be free from retaliation for protected activity?

    Yes __X__        No. ____

[NOTE: If your answer to question 1 is "YES", please proceed to question number 2 on the amount of punitive damages. If your answer to question 1 is "NO" please skip the remaining question, sign and date the verdict form and return it to the courtroom.]

2. Please state the amount of punitive damages, if any, which you find should be assessed against the Defendant Savannah River Remediation, LLC:

    $ __1,000,000__

SO SAY WE ALL

_____        __9-27-2019__
Jury Foreperson signature                Date

_____
Printed Jury Foreperson name

1