AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Adrienne W. Saulsberry ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  1:16-cv-2792-JMC |
| Savannah River Remediation, LLC. ) | |
| *Defendant* ) | |

### AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff <u>Adrienne W. Saulsberry</u> recover from the defendant <u>Savannah River Remediation, LLC.</u>, the amount of <u>fifty-five thousand</u> dollars ($<u>55,000.00</u>) compensatory damages, <u>four hundred twenty thousand</u> dollars ($<u>420,000.00</u>) back pay and <u>one million</u> dollars ($<u>1,000,000.00</u>) punitive damages, for a total of <u>one million four hundred seventy-five</u> dollars ($<u>1,475,000.00</u>), plus postjudgment interest at the rate of <u>1.86</u> %, along with costs. Pre-judgment interest in the amount of <u>Fifty-Five Thousand, One Hundred Eighteen</u> ($<u>55,118.00</u>) dollars. Front pay in the amount of <u>Two-Hundred Forty Thousand, One Hundred Seven</u> ($<u>240,107.00</u>) dollars.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* _____.

■ other: Summary judgment is entered for defendant <u>Savannah River Remediation, LLC.</u> against plaintiff <u>Adrienne W. Saulsberry</u>, as to plaintiff's claims based upon her termination in Savannah River Remediation, LLC.'s 2013 Workforce Reduction.

This action was *(check one)*:

■ tried by a jury, the Honorable <u>J. Michelle Childs</u>, United States District Judge, presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable <u>J. Michelle Childs,</u> United States District Judge, presiding.  The Court having accepted in part the Report and Recommendation of Magistrate Judge Paige J. Gossett which granted in part defendant Savannah River Remediation, LLC.'s motion for summary judgment.

Date: January 21, 2020

                              *CLERK OF COURT*

                              s/Angie Snipes

                              *Signature of Clerk or Deputy Clerk*